# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2744
_____

Phyllis Marie Knight, also known as Dr. Phyllis Marie Knight-Bey, D.M.

*Plaintiff - Appellant*

v.

John C. Chatelain; LaChelle A. Phillips; Douglas County Court Clerk's Office;
Judge Sheryl L. Lohaus; City Clerk, City of Omaha

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: March 20, 2020
Filed: March 25, 2020
[Unpublished]
_____

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Phyllis Knight appeals the district court's[1] dismissal of her pro se complaint for lack of subject-matter jurisdiction. Upon careful review of the record and Knight's arguments on appeal, we find no basis for reversal. <u>See</u> <u>Newcombe v. United States</u>, 933 F.3d 915, 917 (8th Cir. 2019) (standard of review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. Knight's remaining pending motion is denied.

_____

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.